UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTT EWERS,

    Plaintiff,

v.          Case No. 12-14125

COLLECTO, INC.,

    Defendant.
                                    /

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for Summary Judgment, Granting in Part and Denying in Part Defendant's Motion for Summary Judgment, and Dismissing Plaintiff's Remaining State-Law Claim Without Prejudice" December 3, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Collecto, Incorporated. Plaintiff's remaining state-law claim is dismissed without prejudice. Dated at Detroit, Michigan, this 3rd day of December 2013.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                                s/ Lisa Wagner
                                         By: Lisa Wagner, Case Manager
                                           to Judge Robert H. Cleland